November 1, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

CYPRESSWOOD LAND PARTNERS I AND STEPHEN A. MORROW,
Appellant

NO. 14-16-00389-CV                    V.

BEIRNE, MAYNARD AND PARSONS, LLP, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 11,2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Cypresswood Land Partners I and Stephen A. Morrow.

We further order this decision certified below for observance.